PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE THE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 1:25cv232 Christopher Flores

RECEIVED: #3 Order

on this 17th day of June, 20 25

at Stiles Unit
(Name of Institution)

Christopher Flores
(Signature, or mark, of addressee)

CLERK, U.S. DISTRICT COURT
RECEIVED
JUN 23 2025
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

______________ Witness (if by mark)

______________ Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT ________ A.M./P.M. ON THIS ______ DAY OF______________, 20____, AT________________________.
(Name of Institution)

______________________________
Signature of Institution Delivering Agent

______________________________
Witness