IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER FLORES | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-232 |
| TANOSHA HOLLYFIELD | § | |

ORDER OVERRULING DEFENDANT'S OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Christopher Flores, a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Tanosha Hollyfield.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends denying the parties' Motions for Summary Judgment.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, filed pursuant to such order, along with the record and the pleadings. Defendant filed objections to the Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration of all the pleadings and the relevant case law, the Court concludes the objections are without merit for the reasons stated by the magistrate judge.

ORDER

Accordingly, Defendant's objections [Dkt. 39] are OVERRULED. The findings of fact and the conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge [Dkt. 38] is ADOPTED. Plaintiff's Motion for Summary Judgment [Dkt. 20] and Defendant's Motion to Dismiss or for Summary Judgment [Dkt. 23] are DENIED.

**SIGNED this 11th day of September, 2026.**

Michael J. Truncale
United States District Judge